325 So.2d 216
**In re William O. ENGLISH**

**v.**

**STATE.**

**Ex parte STATE of Alabama ex rel. ATTORNEY GENERAL.**

**SC 1557.**

Supreme Court of Alabama.

Jan. 9, 1976.

William J. Baxley, Atty. Gen. and Jack A. Blumenfeld, Asst. Atty. Gen., for petitioner, the State.

SHORES, Justice.

The denial of writ in this case shall not be construed to mean that this court approves or disapproves all of the statements contained in the opinion of the Court of Criminal Appeals, 56 Ala.App. 704, 325 So.2d 211.

Writ denied.

HEFLIN, C. J., and MERRILL, MADDOX, and JONES, JJ., concur.

328 So.2d 321
**In re Johnny Ray FISHER**

**v.**

**STATE of Alabama.**

**Ex parte Johnny Ray Fisher.**

**SC 1715.**

Supreme Court of Alabama.

March 5, 1976.

Cecil Wayne Morris, Huntsville, for petitioner.

No appearance for the State.

ALMON, Justice.

Petition of Johnny Ray Fisher for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Fisher v. State,* 57 Ala.App. 310, 328 So.2d 311.

Writ denied.

HEFLIN, C. J., and BLOODWORTH, FAULKNER and EMBRY, JJ., concur.